**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
-----------------------------------------------------------------------------X
NESTOR BUESTAN,
Individually and on behalf of all others similarly situated,

                        Plaintiff,

      -against-

RYSZARD FOOD DISTRIBUTOR, INC., RYSZARD HORCZAK and MARGARET HORCZAK

                       Defendants.
-----------------------------------------------------------------------------X

Index No.: 1:19-CV-04273

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendants Ryszard Food Distributor, Inc., Ryszard Horczak, and Margaret Horczak and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

        LEVIN-EPSTEIN & ASSOCIATES, P.C.
        1 Penn Plaza, Suite 2527
        New York, New York 10119

Dated: November 18, 2019
       New York, New York

                By:    /s/*Joshua D. Levin-Epstein*
                           Joshua D. Levin-Epstein, Esq.
                           1 Penn Plaza, Suite 2527
                           New York, New York 10119
                           Telephone: (212) 792-0046
                           Facsimile: (212) 563-7108
                           Email: Joshua@levinepstein.com